Babak Hashemi, Esq. (State Bar No. 263494)
**LAW OFFICES OF BABAK HASHEMI, ESQ.**
20062 SW Birch St., Suite 200
Newport Beach, CA 92660
Tel.: (949) 464-8529
Fax: (949) 259-4584
BabakHashemiLaw@gmail.com

Attorneys for Plaintiffs
JAMES RUTHERFORD, and
THE ASSOCIATION 4 EQUAL ACCESS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS;<br><br>Plaintiffs,<br><br>v.<br><br>DOMINICK'S SANDWICHES, a business of unknown form; PEPPER TREE VILLAGE, LLC, a California Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3**:18-cv-02663-DMS-KSC**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiffs JAMES RUTHERFORD, and THE ASSOCIATION 4 EQUAL ACCESS and Defendants, DOMINICK'S SANDWICHES and PEPPER TREE VILLAGE, LLC. (collectively the "Parties") have reached a settlement in principal, resolving this matter and expect to file a stipulation for dismissal of the action within thirty (30) days, pending completion of certain terms contained within a confidential settlement agreement.

Parties request that the Court stay all proceedings pending final settlement on

this matter and upon good cause allow the Parties to reopen the action if settlement is not consummated.

Dated: April 9, 2019         **LAW OFFICES OF BABAK HASHEMI, ESQ.**

                             By: /s/ *Babak Hashemi*
                                 Babak Hashemi, Esq.
                                 Attorney for Plaintiffs

2
NOTICE OF SETTLEMENT

## **CERTIFICATE OF SERVICE**

I, Babak Hashemi, an attorney admitted to practice before this Court, do hereby certify that on April 9, 2019, I caused a copy of the foregoing **NOTICE OF SETTLEMENT** to be served electronically and through the Court's Case Management/Electronic Case Files (CM/ECF) system upon all persons and entities registered and authorized to receive such service.

Dated: April 9, 2019                    By:   */s/ Babak Hashemi*
                                              Babak Hashemi, Esq.