Babak Hashemi, Esq. (State Bar No. 263494)
**LAW OFFICES OF BABAK HASHEMI, ESQ.**
20062 SW Birch St., Suite 200
Newport Beach, CA 92660
Tel.: (949) 464-8529
Fax: (949) 259-4584
BabakHashemiLaw@gmail.com

Attorneys for Plaintiffs
JAMES RUTHERFORD, and
THE ASSOCIATION 4 EQUAL ACCESS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS;<br>　　　　Plaintiffs,<br>v.<br><br>DOMINICK'S SANDWICHES, a business of unknown form; PEPPER TREE VILLAGE, LLC, a California Limited Liability Company; and DOES 1-10, inclusive,<br>　　　　Defendants. | Case No.: 3**:18-cv-02663-DMS-KSC**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br>Complaint Filed: November 21, 2018<br>Trial Date: None |

NOTICE OF VOLUNTARY DISMISSAL

**TO THE COURT AND ALL PARTIES:**

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, JAMES RUTHERFORD, and THE ASSOCIATION 4 EQUAL ACCESS ("Plaintiffs") request that this Court enter a dismissal with prejudice of Plaintiffs' Complaint in the above-entitled action.

    Plaintiffs have reached a full and final confidential settlement with all Defendants and have agreed that each party shall bear his, their or its own costs and attorneys' expenses.

DATED: May 9, 2019

**LAW OFFICES OF BABAK HASHEMI**

By: /s/*Babak Hashemi*
    Babak Hashemi, Esq.
    Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on May 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

DATED: May 9, 2019

**LAW OFFICES OF BABAK HASHEMI**

By: /s/*Babak Hashemi*
    Babak Hashemi, Esq.
    Attorney for Plaintiffs